# Order

June 30, 2005

128918 & (13)(16)(19)

BROOKSIDE CROSSING, LLC, LAND
ONE, LLC, AND ECHO 45, LLC,
    Plaintiffs-Appellees,

v

EATON COUNTY DRAIN COMMISSIONER,
EATON COUNTY BOARD OF REVIEW,
BRADLEY K. MORTON, CHARLES M.
ZWICK, and SARAH L. REED,
    Defendants-Appellants.

_____ /

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor
 Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
 Justices

SC: 128918
COA: 262969
Eaton CC: 005157-AS

On order of the Court, the motion for immediate consideration and the application for leave to appeal prior to decision by the Court of Appeals are considered. Immediate consideration is GRANTED. The motions of Eaton County and Delta Township for leave to file briefs amicus curiae are also considered, and they are GRANTED. The application for leave to appeal is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. We DIRECT the Court of Appeals to issue an abbreviated briefing schedule to the parties and to issue its decision prior to August 1, 2005.

We retain jurisdiction. Upon issuance of the Court of Appeals decision in this case, the parties shall have seven days from the date of that decision to file any further requests for relief in this Court.

p0630



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____June 30_____, 200_5_  _____

                   Clerk